**Order entered September 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00771-CV**

**LASHONDA SMITH, Appellant**

**V.**

**ROY GONZALEZ, III, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11456**

**ORDER**

This appeal was abated September 12, 2022 due to bankruptcy. Asserting the stay has been lifted by the Bankruptcy Court, appellant has filed an unopposed motion to reinstate the appeal and for extension of time to pay for the record. Attached to the motion is a copy of an order from the Bankruptcy Court granting the parties' motion to approve their agreement to lift the stay "to permit [appellant] to liquidate her claims against [appellee] to finality in the State Court . . . or any court of appropriate jurisdiction." *See* TEX. R. APP. P. 8.3.(a).

We **GRANT** the motion, **REINSTATE** the appeal, and **ORDER** appellant

to file written verification of payment for the record no later than October 7, 2022.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE